# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**CASE CREDIT CORPORATION et al.,**
    Plaintiffs,

v.                                                                          Case No. 04-C-0716

**STEPHENS & MICHAELS ASSOCIATES, INC.,**
    Defendant.

## ORDER

On October 26, 2006, plaintiff Case Credit Corp. filed a motion for partial summary judgment, accompanied by a sealed exhibit to its proposed findings of fact (Doc. # 147.) On December 11, 2006, defendant Stephens & Michaels Associates filed its reply to defendants motion, also accompanied by a sealed exhibit. (Doc. # 157.) Each party purported to file its sealed exhibit pursuant to the protective order entered by this court on February 7, 2006. However, pursuant to paragraph 20 of the protective order, "[a]ny document filed with the court cannot be kept confidential unless there is good cause." (Doc. # 65 ¶ 20.) Neither party filed a motion or accompanying affidavit with the sealed exhibits evincing the required good cause.

"[T]he public at large pays for the courts and therefore has an interest in what goes on at all stages of a judicial proceeding." Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co., 178 F.3d 943, 945 (7th Cir. 1999). While such interest does not always trump the privacy interests of the parties in litigation, the Seventh Circuit requires district courts to make independent determinations of good cause to seal documents from

public view; parties are not given carte blanch to determine which portions of the record are sealed. Id.

**THEREFORE IT IS ORDERED** that the parties must file documents exhibiting the required good cause no later than **December 21, 2006**. As an alternative, the parties may remove the sealed documents from the file. If the parties fail to file supporting documents or to withdraw the sealed documents by December 21, 2006, the clerk is ordered to unseal the documents on **December 22, 2006.**

Dated at Milwaukee, Wisconsin, this 13 day of December, 2006.

/s
LYNN ADELMAN
District Judge